ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| APTIM Federal Services, LLC | ) ASBCA Nos. 62052, 62133 |
| | ) |
| Under Contract No. DACW41-99-D-9001 | ) |

APPEARANCES FOR THE APPELLANT:    Thomas R. Krider, Esq.
                                                  Alix K. Town, Esq.
                                                    Oles Morrison Rinker & Baker LLP
                                                    Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                                    Engineer Chief Trial Attorney
                                                    Emma Altheide, Esq.
                                                    Jason Shippy, Esq.
                                                Engineer Trial Attorneys
                                                    U.S. Army Engineer District, Kansas City

## ORDER OF DISMISSAL

The appeals have been withdrawn.  Accordingly, they are dismissed from the Board's docket with prejudice.

Dated:  January 13, 2021

_____
HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62052, 62133, Appeal of APTIM Federal Services, LLC, rendered in conformance with the Board's Charter.

Dated:  January 13, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals